# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JONATHAN MICHAEL ATHA ) | |
| ) | |
|    Plaintiff, ) | |
| ) | NO. 3:19-cv-00544 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| RUSSELL WASHBURN, et al., ) | MAGISTRATE JUDGE |
| ) | HOLMES |
|    Defendants. ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 103) recommending the Court grant the motion for summary judgment (Doc. No. 83) filed by Defendants CoreCivic, Inc., Ashley Ackerman, Kelsey Carter, Damon Hininger, Jason Holmes, Cherry Lindamood, Elizabeth Lopez, Grady Perry, Scottie Roach, Patrick Swindell, and Russell Washburn (the "Moving Defendants"). The Magistrate Judge also recommends the Court dismiss the claims against Defendants Custer, Ruiz, Pauley, Williams, Hacker, and Hubbard because they have not been timely served with process. (Doc. No. 103 at 9).

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 103 at 9). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 103) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, the Motion for Summary Judgment (Doc. No. 83) is **GRANTED** and Defendants CoreCivic, Inc., Ashley Ackerman, Kelsey Carter, Damon Hininger, Jason Holmes, Cherry Lindamood, Elizabeth Lopez, Grady Perry, Scottie Roach, Patrick Swindle, and Russell Washburn are hereby **DISMISSED WITH PREJUDICE**.

In addition, Defendants Custer, Ruiz, Pauley, Williams, Hacker, and Hubbard are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE